# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| United Stats of America | Civil No. 11-1950 (RHK/LIB) |
| Plaintiff, | **ORDER** |
| vs. | |
| Northstar Materials, d/b/a Knife River Materials, Knive River Corporation, | |
| Defendants. | |

This matter is venued in the Sixth Division.

All proceedings before the undersigned (motions, trial, etc.) will be held in the United States Courthouse in Fergus Falls, Minnesota, unless otherwise directed by the Court.

Dated: July 19, 2011

s/Richard H. Kyle
RICHARD H. KYLE
United States District Judge
